IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

APR 20 2022

Clerk, U.S. District Court
By_____ Deputy Clerk

Edward Gray
_____
_____
(Enter above the full name of the Plaintiff(s))

vs.

Paul J. Hickman
Name
300 West Ash
Street and number
Salina    KS    67401
City     State    ZipCode

Case Number_____

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff  Edward Gray
    Address  701 State St
             Salina Ks 67401

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **Paul J. Hickman** is employed at **Sabine County district Court**

C. Additional Defendants _____

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
  1. Plaintiff is a citizen of the State of **Kansas**.
  2. The first-named defendant above is either
    a. a citizen of the State of **Kansas**; or
    b. a corporation incorporated under the laws of the State of **Kansas** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

  3. The second-named defendant above is either
    a. a citizen of the State of _____; or
    b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.) Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.  (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

☒ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3. Other grounds (specify and state any statute which gives rise to such grounds):

Took my wife and I right to talk, and We was the plaintiff, called a lie about my hair, He was bais and he hariass me, call me out my Name

III.   Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Judge Paul J. Hickman for no reson call me out African American w/beard and a head full of hair, and he Laughted at me, and Judge Paul J Hickman didn't let us talk are say anything about the defend, When ever we try to talk we where told to Notspoek are he will mute us

IV.   Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

3

_____

_____

_____

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☑ No ☐

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☑ No ☐

VII. Do you claim punitive monetary damages? Yes ☑ No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

600,000 My health, My Wife health I had to miss work emotion stress the Judge continue to take thing from me he took my rights and ran it into the ground said I can Never see my granddaughter ther are other thing he did, that was very wrong.

4

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☑ No ☐

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

1-9-22 is when I file a complaint it was to the Commission on Judicial Conduct they didn't try to get anything done

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Edd Huey*
Signature of Plaintiff

*Edward Grey*
Name (Print or Type)

701 State st
Address

5

## VIII (B)

they said I didn't have any evidence even after I told them the Judge would not give me the transcript I had as 3 time they would not get them, and the Judge would not give them to me, Judicial Conduct would try to get them.

(C) Well I try after they would not help me to get the transcript I have witness they didn't want to help.

Salina    KS    67401
City      State    Zip Code

785 342-0362
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,  ☑ Kansas City, or  ☐ Topeka}, Kansas as the
(Select One)
location for the trial in this matter.

*Ed d O. Gray*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☑ Yes or  ☐ No }
(Select One)

*Ed d Gray*
Signature of Plaintiff

Dated: 4/22
(Rev. 10/15)